To: Page 3 Case 2:19-cv-19985-WJM-MF Document 16-4 Filed 01/22/20 Page 1 of 2 PageID: 150 awanna Y.

Case 2:19-cv-19985-WJM-MF Document 9 Filed 12/06/19 Page 1 of 3 PageID: 79

**MORGAN, LEWIS & BOCKIUS LLP**
(A Pennsylvania Limited Liability Partnership)
502 Carnegie Center
Princeton, New Jersey 08540-7814
August W. Heckman III (030222005)
Ashley D. Chilton (198822016)
Phone: (609) 919-6600
Fax: (609) 919-6701
*Attorneys for Defendant Amazon.com Services, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| D.J.C., <br><br> Plaintiff, <br><br> vs. <br><br> AMAZON COM DEDC, LLC; ABC CORPS (I—V); AND TYLER MORALES, INDIVIDUALLY, AND JANE DOE INDIVIDUALS (1-10), <br><br> Defendants | Civil Action No.: 2:19-cv-19985 <br><br> **STIPULATION OF EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT DOCUMENT** <br><br> ELECTRONICALLY FILED |

This Stipulation is made and entered into by Defendant Amazon.com Services, Inc.

("Defendant" or "Amazon") (incorrectly identified in the Complaint as "AMAZON COM

DEDC, LLC") and Plaintiff D.P.C. (incorrectly identified in the Complaint as "D.J.C.")

WHEREAS, on November 19, 2019, Plaintiff moved this Court for leave to amend the

Complaint and to remand the matter to the Middlesex County Superior Court ("Motion to

Amend and Remand"). *See* ECF No. 4.

WHEREAS on November 25, 2019 Defendant submitted a letter to this Court asking for

an extension of time to respond to Plaintiff's Motion to Amend and Remand, and to answer,

move or otherwise respond to the Complaint to December 16, 2019, as lead counsel for

Defendant suffered a death in his family. *See* ECF No. 6.

WHEREAS, the parties now agree that the deadline for responsive pleading be adjourned until after the threshold jurisdictional and substantive issues raised by Plaintiff's Motion to Amend and Remand are resolved.

IT IS HEREBY STIPULATED, CONSENTED TO, AND AGREED that the time for Defendant Amazon to answer, move, or otherwise respond to Plaintiff D.P.C.'s Complaint in the above-captioned matter, should it remain the operative Complaint, is extended to 14 days after the Court has ruled on Plaintiff's Motion to Amend and Remand.

Dated: December 6, 2019

| | |
|---|---|
| **GILL & CHAMAS, L.L.C.,** | **MORGAN, LEWIS & BOCKIUS LLP** |
| s/ *Walter Dana Venneman* | s/ *August A. Heckman* |
| Walter Dana Venneman, Esq., | August W. Heckman III |
| Gill & Chamas, L.L.C., | Ashley D. Chilton |
| 655 Florida Grove Road, | 502 Carnegie Center |
| P.O. Box 760, Woodbridge, NJ 07095 | Princeton, New Jersey 08540-7814 |
| *Attorney for Plaintiff* | Telephone: (609) 919-6600 |
| | Facsimile: (609) 919-6701 |
| | august.heckman@morganlewis.com |
| | ashley.chilton@morganlewis.com |
| | *Attorneys for Defendant Amazon.com Services, Inc.* |

SO ORDERED:

1/22/20

HON. MARK FALK

2